FILED

NOV 14 2016

Clerk, U.S. District Court
District Of Montana
Helena

ANDERSON ZURMUEHLEN & CO, P.C.,

    Plaintiff,

v.

NEW YORK MARINE AND GENERAL INSURANCE COMPANY,

    Defendant.

---

NEW YORK MARINE AND GENERAL INSURANCE COMPANY,

    Counterclaimant,

v.

ANDERSON ZURMUEHLEN & CO, P.C.,

    Counterdefendant.

No. CV-14-33-BU-SEH

ORDER

Upon stipulation by Anderson ZurMuehlen & Co., P.C. (AZ) and New York Marine and General Insurance Company (NYM) that a settlement of all remaining disputes in this matter has been reached and that the terms of the settlement require that "AZ remit its settlement payment to NYM on or before December 9, 2016,"[1]

ORDERED:

All unexpired deadlines in the Court's August 18, 2016, scheduling order [2] are STAYED pending: (1) AZ's remission of its settlement payment to NYM on or before December 9, 2016; and (2) a stipulation to dismiss the action with prejudice is executed and filed on or before December 27, 2016.

DATED this _____ day of November, 2016.

SAM E. HADDON
United States District Judge

---

[1] Doc. 166 at 2.

[2] Doc. 162.