# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

ANDERSON ZURMUEHLEN & CO.,
P.C.,

    Plaintiff,

  v.

NEW YORK MARINE & GENERAL
INSURANCE COMPANY,

    Defendant.

_____

NEW YORK MARINE AND
GENERAL INSURANCE COMPANY,

    Counterclaimant,

  v.

ANDERSON ZURMUEHLEN & CO.,
P.C.,

    Counterdefendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No. CV-14-33-BU-SEH

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-entitled action, including all claims and counterclaims filed therein, is dismissed with prejudice, each party to pay its own attorney fees and costs.

DATED this 13th day of December, 2016

Sam E. Haddon
United States District Judge